AO 91 (Rev 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br><br>JUSTIN WILLIAM WOODSON,<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.   4:26 MJ 8108 SRW

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 3, 2026 _____ in the county of _____ Lincoln _____ in the

__Eastern__ District of _____ Missouri _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841 | CT. 1- Possession with intent to distribute a mixture or substance containing methamphetamine and cocaine, in violation of Title 21, United States Code, Section 841; |

This criminal complaint is based on these facts:

### SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Steven Johnson, Task Force Officer, DEA

_____
*Printed name and title*

Sworn, to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date:    06/04/2026

_____
*Judge's signature*

City and state:    St. Louis, Missouri

Honorable Stephen R. Welby, U.S. Magistrate Judge

_____
*Printed name and title*